COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. W. H. HODGES, Trustee, Pacific Rock & Gravel Company, Respondent.

No. 7850.

Circuit Court of Appeals, Ninth Circuit.

April 29, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

A. Calder Mackay, of Los Angeles, Cal., for respondent.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of petitioner, consented to by respondent, ordered petition to review dismissed; mandate forthwith.